368

Jess SADLER et al., Appellants, v. UNITED
ZINC SMELTING CORPORATION, a
Corporation.

No. 13846.

United States Court of Appeals
Eighth Circuit.

Oct. 25, 1948.

Wolf & Leary, of Joplin, Mo., and Bruner, Farabi & Matuska, of Pittsburg, Kan., for appellants.

Paul Bradley, of Joplin, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed for want of diligent prosecution, at costs of appellants, on motion of appellee.

Bernard M. SHOTKIN v. H. P. BURKE, as
Chief Justice of the Supreme Court of
Colorado, et al.

No. 3754.

United States Court of Appeals
Tenth Circuit.

Oct. 20, 1948.

Writ of Certiorari Denied Dec. 6, 1948.

See 69 S.Ct. 231.

Bernard M. Shotkin, pro se.

Henry McAllister, of Denver, Colo., for appellees.

Before PHILLIPS, Chief Judge, and BRATTON and MURRAH, Circuit Judges.

PER CURIAM.

Appeal dismissed, on ground that the lower court was without jurisdiction to entertain the suit.